IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01650-BNB

OLOYEA D. WALLIN,

    Applicant,

v.

JAMES ABBOTT, Warden, Colorado Territorial Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    At issue is the Motion to Stay Proceedings, (Doc. No. 13), that Applicant filed on November 25, 2008. The Motion is DENIED.

Dated: December 12, 2008

---

Copies of this Minute Order mailed on December 12, 2008, to the following:

Oloyea D. Wallin
Reg No. 111389
Colorado Territorial Correctional Facility
P.O. Box 1010
Cañon City, CO 81215-1010

Paul Koehler
Assistant Attorney General
**DELIVERED ELECTRONICALLY**

                                              Secretary/Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 12 2008

GREGORY C. LANGHAM
                CLERK