IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01650-ZLW

OLOYEA D. WALLIN,

    Applicant,

v.

JAMES ABBOTT, Warden, Colorado Territorial Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 23 2009

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Applicant's Motion to Stay Proceedings, filed on February 20, 2009, is DENIED as moot. Furthermore, based on the findings in the Court's February 13, 2009, Order of Dismissal, the Amended Reply to the Pre-Answer Response, also filed February 20, 2009, is moot.

Dated: February 23, 2009

---

Copies of this Minute Order mailed on February 23, 2009, to the following:

Oloyea D. Wallin
Prisoner No. 111389
CTCF
PO Box 1010
Cañon City, CO 81215-1010

                                                                _____
                                                                 Secretary/Deputy Clerk